| | |
|---|---|
| 1 | THEODORA R. LEE, Bar No. 129892 |
|   | tlee@littler.com |
| 2 | SCOTT D. HELSINGER, Bar No. 287178 |
|   | shelsinger@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
|   | 650 California Street, 20th Floor |
| 4 | San Francisco, California  94108.2693 |
|   | Telephone:   415.433.1940 |
| 5 | Facsimile:    415.399.8490 |

Attorneys for Defendant
DARDEN RESTAURANTS, INC. d/b/a/ YARD HOUSE RESTAURANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINAS D. BAREFIELD JR., | Case No.  3:14-cv-03733-CRB |
| Plaintiff, | [~~PROPOSED~~] **ORDER ALLOWING DEFENDANT'S LEAD TRIAL COUNSEL TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| DARDEN RESTAURANTS, INC. d/b/a YARD HOUSE RESTAURANTS, | |
| Defendant. | Date:     February 27, 2015 |
| | Time:     8:30 a.m. |
| | Judge:    Charles R. Breyer |
| | Courtroom 6, 17th Floor |
| | |
| | Complaint Filed:  August 18, 2014 |
| | Trial Date:         None Set |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED]   ORDER   ALLOWING   DEF'S COUNSEL TO APPEAR TELEPHONICALLY

CASE NO. 3:14-cv-03733-CRB

Pursuant to Civil L.R. 16-10(a), Lead Trial Counsel for Defendant DARDEN RESTAURANTS, INC. d/b/a/ YARD HOUSE RESTAURANTS respectfully requests to participate, through its counsel Theodora R. Lee, in the Further Case Management Conference set for February 27, 2015 at 8:30 a.m. by telephone.  Ms. Lee will be available by direct land line number 415.677.3132.  This number is Theodora Lee's direct line at Littler Mendelson.  Ms. Lee is scheduled to conduct a deposition at 9:30 a.m. on February 27, 2015.

Dated:  February 25, 2015

/s/ *Theodora R. Lee*
THEODORA R. LEE
SCOTT D. HELSINGER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
DARDEN RESTAURANTS, INC. D/B/A/
YARD HOUSE RESTAURANTS

**IT IS SO ORDERED:**

DATED:  2/26/2015

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Firmwide:131905900.1 069299.1097

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER ALLOWING DEF'S COUNSEL TO APPEAR TELEPHONICALLY

1.

CASE NO. 3:14-cv-03733-CRB