1  THEODORA R. LEE, Bar No. 129892
   tlee@littler.com
2  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
3  San Francisco, California 94108.2693
   Telephone:  415.433.1940
4  Facsimile:  415.399.8490

5  Attorneys for Defendant
   DARDEN RESTAURANTS, INC. d/b/a/ YARD
6  HOUSE RESTAURANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINAS D. BAREFIELD JR.,<br><br>Plaintiff,<br><br>v.<br><br>DARDEN RESTAURANTS, INC. d/b/a YARD HOUSE RESTAURANTS,<br><br>Defendant. | Case No. 3:14-cv-03733-CRB<br><br>**SUPPLEMENTAL DECLARATION OF THEODORA R. LEE IN SUPPORT OF DEFENDANT'S MOTION TO ISSUE SANCTIONS AND AWARD ATTORNEYS' FEES AND COSTS**<br><br>Date: July 17, 2015<br>Time: 10:00 a.m.<br><br>Dept.: 6, 17th Floor<br>Judge: Charles R. Breyer<br>Complaint Filed: August 18, 2014<br>Trial Date: None Set |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

SUPPLEMENTAL DECLARATION OF
THEODORA R. LEE ISO DEFENDANT'S
MOTION TO ISSUE SANCTIONS

CASE NO. 3:14-cv-03733-CRB

I, THEODORA R. LEE, hereby declare as follows:

1. I am shareholder with Littler Mendelson, P.C. in San Francisco, California, and am the attorney primarily charged with the defense of this action. The information set forth in this declaration is based upon my personal knowledge, and if called to testify, I would be competent to testify as to what is set forth herein.

2. On June 9, 2015, Defendant filed its Notice of Motion, Motion and Memorandum of Points and Authorities to Issue Sanctions and Award Attorneys' Fees and Costs.

3. Thereafter, on June 10, 2015, I was notified that Mr. Barefield engaged in further fraud by sending an email to Eugene I. Lee, CEO of Darden Restaurants, Inc., attaching the fraudulent Settlement Agreement wherein he unilaterally changed the settlement amount and inquiring as to why he had not been paid. A true and correct of that email is attached hereto as Exhibit A.

4. Defendant has now incurred additional monies now totaling $6,994.00 in attorneys' fees and costs in defending this action and in seeking enforcement of the settlement agreement.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 11th day of June 2015 at San Francisco, California.

THEODORA R. LEE

Firmwide:134069319.1 069299.1097

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

SUPPLEMENTAL DECLARATION OF THEODORA R. LEE ISO DEFENDANT'S MOTION TO ISSUE SANCTIONS

1.

CASE NO. 3:14-cv-03733-CRB