# EXHIBIT A

**From:** Finas D Barefield [mailto:ospconsul@comcast.net]
**Sent:** Wednesday, June 10, 2015 3:33 PM
**To:** Cindy Haumann
**Subject:** Settlement & Release Agreement


May 10, 2015

Mr. Eugene I. Lee
CEO Darden Restaurants Inc.

Mr. Lee,

I was wondering if your company, Darden Restaurant Inc., honors its court ordered settlement and release agreements?

I sent the attached signed settlement and release agreement, and the executed W-9 to Mr. Seth Rivera, via email on May 6, 2015, as instructed in the settlement and release agreement. I also sent a signed copy of the settlement and release agreement along with my W-9 to Darden Restaurants, via U.S. mail, through your registered agent, Corporate Creation Network Inc. located at 11380 Prosperity Farms Road – Suite 221E, Palm Beach Gardens, Florida 33410, on May 8, 2015.

As of today, May 10, 2015, I have not received the $125,000.00 settlement check.

Thank you in advance for your immediate response to this matter.

Finas D. Barefield Jr.
8435 Carlin Ave.
Sacramento, CA 95823-5651


This e-mail message is for the sole use of the intended recipient and may contain information that is confidential, proprietary or privileged.  Any unauthorized review, use, distribution, copying or disclosure is strictly prohibited.  If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, please notify sender of the delivery error by replying to this message and then delete it from your system.  Receipt by anyone other than the intended recipient is not a waiver of confidentiality or privilege.